THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Bobby Gene Horne       
Appellant,
 
 
 

v.

 
 
 
The State       
Respondent.
 
 
 

Appeal From Chesterfield County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2004-UP-328
Submitted March 19, 2004  Filed May 
 14, 2004

AFFIRMED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 and Assistant Attorney General William Bryan Dukes, all of Columbia, for Respondent.
 
 
 

 PER CURIAM:  Affirmed pursuant 
 to South Carolina Rules of Appellate Practice, Rule 220, and the following authorities:  
 Crosby v. State, 241 S.C. 40, 43, 126 S.E.2d 843, 844 (1962) (A petition 
 for a writ of habeas corpus may properly be dismissed Search Term Begin Search 
 Term End if it contains no allegations Search Term Begin Search Term 
 End which warrant the issuance of the writSearch Term Begin writwrSearch 
 Term End .)  McCall v. State, 247 S.C. 15, 18, 145 S.E.2d 419, 419 (1965) 
 (The inquiry on habeas corpus is limited to the legality of the prisoners 
 present detention. The only remedy which can be granted is release from custody, 
 whether absolute or conditional.).  
 AFFIRMED. 
 [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.